# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | |
| Jerome and Vallerie Effertz, | Chapter 7<br>BKY 18-50692 |
| Debtors. | |

## NOTICE OF SETTLEMENT

TO:   The United States Trustee, all creditors, and other parties in interest.

On *April 1, 2020,* or as soon thereafter as the transaction may be completed, the trustee of the estate of the debtors will settle a controversy as follows:

Post-petition, the debtors sold a nonexempt 2008 Ford F350 for $16,500.00. The truck was a nonexempt estate asset. The trustee asserts that the debtors transferred $6,300 of the truck proceeds to Compeer Financial. Compeer did not have a security interest in the truck. The trustee asserts an avoidance claim against Compeer under 11 U.S.C. §§ 549, 550 and 551. Compeer asserts certain defenses, including that the debtors told Compeer the subject funds were derived from the sale of equipment in which Compeer had a security interest. To settle the claims against Compeer, Compeer will pay the trustee $2,900 within 30 days of a court order approving this settlement. Note that the debtors have also paid to trustee $6,000 pursuant to a settlement in connection with the truck sale [ECF No. 26].

The trustee believes this is a fair offer and in the best interest of the estate as the cost to litigate claims against Compeer would outweigh the benefit to the bankruptcy estate.

## OBJECTION: MOTION: HEARING

Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 noon on the day before the above date. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee. If an objection is made or an order is required, the undersigned trustee moves the court for such orders as may be necessary and appropriate.

| United States Bankruptcy Court | United States Trustee | Nauni J. Manty, Trustee |
|---|---|---|
| 404 Gerald W. Heaney U.S. Courthouse | 1015 U.S. Courthouse | Manty & Associates, P.A. |
| 515 West First Street | 300 South Fourth Street | 401 Second Ave N, Suite 400 |
| Duluth, MN 55802 | Minneapolis, MN 55415 | Minneapolis, MN 55401 |

Dated: March 10, 2020

By: /e/ Nauni J. Manty
        Nauni J. Manty, Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  JEROME K EFFERTZ<br>VALLERIE L EFFERTZ | CASE NO: 18-50692<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 3/10/2020, I did cause a copy of the following documents, described below,

Notice of Settlement

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/10/2020

/s/ Nauni J. Manty
Nauni J. Manty
Manty & Associates, P.A.
401 Second Ave. N., Suite 400
Minneapolis, MN  55401
612 465 0990

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  JEROME K EFFERTZ<br>VALLERIE L EFFERTZ | CASE NO: 18-50692<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7 |

On 3/10/2020, a copy of the following documents, described below,

Notice of Settlement

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/10/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Nauni J. Manty
Manty & Associates, P.A.
401 Second Ave. N., Suite 400
Minneapolis, MN  55401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br> LABEL MATRIX FOR LOCAL NOTICING<br>08645<br>CASE 18-50692<br>DISTRICT OF MINNESOTA<br>DULUTH<br>TUE MAR 10 10-26-03 CDT 2020 | COMPEER FINANCIAL FLCA FKA AGSTAR FINANCI<br>RINKE NOONAN LTD<br>CO BENJAMIN BOHNSACK<br>1015 WEST ST GERMAIN SUITE 300<br>PO BOX 1497<br>ST CLOUD MN 56302-1497 | JPMORGAN CHASE BANK NATIONAL ASSOCIATION<br>4500 PARK GLEN ROAD SUITE 300<br>ST LOUIS PARK MN 55416-4891 |
| RABO AGRIFINANCE INC<br>1309 TECHNOLOGY PARKWAY<br>PO BOX 668<br>CEDAR FALLS IA 50613-0029 | ~~EXCLUDE~~<br>~~DULUTH~~<br>~~404 US COURTHOUSE~~<br>~~515 WEST FIRST STREET~~<br>~~DULUTH MN 55802-1302~~ | ADELAIDE EFFERTZ<br>9739 APPLE ROAD<br>PINE CITY MN 55063-5956 |
| AMERICAN EXPRESS<br>P O BOX 981535<br>EL PASO TX 79998-1535 | AMERICAN EXPRESS<br>P O BOX 981537<br>EL PASO TX 79998-1537 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 |
| BURNETT DAIRY CO OP<br>512 SECOND STREET SUITE 6<br>HUDSON WI 54016-1581 | BURNETT DAIRY COOPERATIVE<br>11631 STATE RD 70<br>GRANTSBURG WI 54840-7135 | CNH CAPITAL CARD<br>PRODUCTIVITY PLUS ACCT<br>P O BOX 790449<br>SAINT LOUIS MO 63179-0449 |
| CAPITAL ONE<br>P O BOX 30285<br>SALT LAKE CITY UT 84130-0285 | JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | CHASE HOME FINANCE<br>P O BOX 183166<br>COLUMBUS OH 43218-3166 |
| COMPEER FINANCIAL<br>PO BOX 4249<br>MANKATO MN 56002-4249 | COMPEER FINANCIAL FLCA<br>540 BALDWIN PLAZA DRIVE<br>PO BOX 360<br>BALDWIN WI 54002-0360 | COMPEER FINANCIAL PCA<br>540 BALDWIN PLAZA DRIVE<br>PO BOX 360<br>BALDWIN WI 54002-0360 |
| CREDIT SERVICE INTERNATIONAL<br>512 2ND ST STE 6<br>HUDSON WI 54016-1581 | FEDERATED COOPS 502 S 2ND ST<br>PRINCETON MN 553711941 | GISLASON  HUNTER LLP<br>2700 SOUTH BROADWAY<br>PO BOX 458<br>NEW ULM MN 56073-0458 |
| HEIDELBERGER FARM EQUIPMENT LLC<br>ATT DALE HEIDELBERGER<br>3923 STATE HWY 70<br>PINE CITY MN 55063-4671 | LG SEEDS<br>1122 E 169TH ST<br>WESTFIELD IN 46074-9601 | RABO AGRIFINANCE 6919 CHANCELLOR DR<br>CEDAR FALLS IA 50613 |
| SHELBY JONES<br>15130 CINNAMON TEAL<br>SAN ANTONIO TX 78253-6472 | TCF BANK<br>1405 XENIUM LANE N<br>MINNEAPOLIS MN 55441-4402 | US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

EXCLUDE
US TRUSTEE
1015 US COURTHOUSE
300 S 4TH ST
MINNEAPOLIS MN 55415-3070

DEBTOR
JEROME K EFFERTZ
9739 APPLE RD
PINE CITY MN 55063-5956

EXCLUDE
NAUNI JO MANTY
MANTY + ASSOCIATES PA
401 SECOND AVENUE NORTH
SUITE 400
MINNEAPOLIS MN 55401-2097

EXCLUDE
SAM CALVERT
SAM V CALVERT PA
1011 2ND ST N
SUITE 107
ST CLOUD MN 56303-3237

VALLERIE L EFFERTZ
9739 APPLE RD
PINE CITY MN 55063-5956